**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*taylor.dow@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 297-2026*

*Taylor Dow*
Assistant U.S. Attorney

October 30, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Ventura Giron v. Benzel*, No. 26-cv-13219 (RK)**
**Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Kirsch:

This Office represents Respondents in the above-captioned habeas action. We respectfully write to inform the Court that an immigration judge recently denied Petitioner's request for bond. Petitioner's bond hearing was first set for October 15, 2026, before being rescheduled to October 20, 2026, at Petitioner's request. *See* Ex. A (Oct. 13, 2026 Bond Hearing Notice); Ex. B (Oct. 15, 2026 Bond Hearing Notice). On October 20, 2026, the Elizabeth Immigration Court conducted a bond hearing concerning Petitioner pursuant to 8 C.F.R. § 1236. The Elizabeth Immigration Court denied bond upon finding that Petitioner failed to establish that she is not a flight risk or danger to the community. *See* Ex. C at 1 (Order of the Immigration Judge).

We respectfully request that the Court close this case and thank the Court for its consideration of this matter.

**SO ORDERED.**

Robert Kirsch, U.S.D.J.
DATE: October 31, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Taylor Dow*
Taylor Dow
Assistant U.S. Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

Encls.

IMMIGRATION COURT
625 EVANS STREET, ROOM 148A
ELIZABETH, NJ 07201

VENTURA GIRON, GENESIS NOHEMY
DELANEY HALL FACILITY
451 DOREMUS AVENUE
PHILIPSBURG, PA 16866

FILE: A[redacted]404

RE: VENTURA GIRON, GENESIS NOHEMY

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE IMMIGRATION COURT ON Oct 15, 2026 AT 1:00 P.M. AT THE FOLLOWING ADDRESS:

625 EVANS STREET, ROOM 148A
ELIZABETH, NJ 07201

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

---

CERTIFICATION OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [M] ALIEN c/o Custodial Officer [ ] ALIEN's ATT/REP [M] DHS
DATE: ___10/13/2026_____ BY: COURT STAFF ____CSR_____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

---

U7

IMMIGRATION COURT
625 EVANS STREET, ROOM 148A
ELIZABETH, NJ 07201

Legal Services of New Jersey
Hufstader, Rebecca
100 Metroplex Drive
Suite 101
Edison, NJ 08817

FILE: A[redacted]404

RE: VENTURA GIRON, GENESIS NOHEMY

NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS

PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE IMMIGRATION COURT ON Oct 20, 2026 AT 1:30 P.M. AT THE FOLLOWING ADDRESS:

625 EVANS STREET, ROOM 148A
ELIZABETH, NJ 07201

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS BEFORE AN IMMIGRATION COURT. IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.

CERTIFICATION OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL [M] PERSONAL SERVICE [P] ELECTRONIC SERVICE [E]
TO: [ ] ALIEN [ ] ALIEN c/o Custodial Officer [E] ALIEN's ATT/REP [E] DHS
DATE: ____10/15/2026______ BY: COURT STAFF ___CSR_____
Attachments: [ ] EOIR-33 [ ] EOIR-28 [ ] Legal Services List [ ] Other

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:
VENTURA GIRON, GENESIS NOHEMY

To:
Hufstader, Rebecca
100 Metroplex Drive
Suite 101
Edison, NJ 08817

A-Number:
[redacted]404
Riders:
In Custody Redetermination Proceedings

Date:
10/26/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The Court has held an individualized bond hearing under 8 USC Section 1226(a), as directed by order of the district court. Respondent has not met her burden of establishing that she is not a flight risk or that her release would not pose danger to the community. The Court evaluated all relevant factors, both positive and negative, that bear on these issues. The Court determined, for the reasons orally provided by the Immigration Judge on the record during the bond hearing, that the Respondent failed to carry her burden of proving that she is not a flight risk or danger to the community.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Immigration Judge: PANOPOULOS, ADAM 10/26/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☑ | reserved |
| Appeal Due: | 11/19/2026 | | | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : VENTURA GIRON, GENESIS NOHEMY | A-Number : [redacted]404

Riders:

Date: 10/27/2026 By: RODRIGUES, CINDY, Court Staff